| | |
|---|---|
| 1 | THOMAS A. WOODS (SB #210050) |
|   | tawoods@stoel.com |
| 2 | BRYAN L. HAWKINS (SB #238346) |
|   | blhawkins@stoel.com |
| 3 | STOEL RIVES LLP |
|   | 500 Capitol Mall, Suite 1600 |
| 4 | Sacramento, CA 95814 |
|   | Telephone: (916) 447-0700 |
| 5 | Facsimile: (916) 447-4781 |
| 6 | RAYMOND SHERWOOD |
|   | 1821 Cold Springs Rd |
| 7 | Placerville, CA 95667 |
|   | 530-626-6106 |
| 8 | Plaintiff: In *Pro Se* |
| 9 | Attorneys for Defendant |
|   | WELLS FARGO BANK, N.A., AS TRUSTEE, ON |
| 10 | BEHALF OF THE HOLDERS OF THE |
|   | HARBORVIEW MORTGAGE LOAN TRUST |
| 11 | MORTGAGE LOAN PASS-THROUGH |
|   | CERTIFICATES, SERIES 2007-1, BY AND |
| 12 | THROUGH ITS AUTHORIZED SERVICING |
|   | AGENT SELECT PORTFOLIO SERVICING, INC. |
| 13 | (erroneously sued as "Select Portfolio Servicing aka |
|   | Wells Fargo Bank") |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND SHERWOOD, | Case No.2:14-cv-00478-KJM-CKD (PS) |
| Plaintiffs, | **STIPULATED REQUEST TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS; ORDER** |
| v. | |
| SELECT PORTFOLIO SERVICING AKA WELLS FARGO BANK; QUALITY LOAN SERVICE CORP.; and DOES 1 through 50 inclusive, | (El Dorado County Superior Court, Case No. PC20130460) |
| Defendants. | Complaint Filed: September 3, 2013 |

1  **TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

2  Plaintiff Raymond Sherwood ("Plaintiff') and Defendant Wells Fargo Bank, N.A., as Trustee, on behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-1, by and through its authorized servicing agent Select Portfolio Servicing, Inc., ("Defendant") (Plaintiff and Defendant will be hereafter referred to as the "Parties"), hereby agree to the following:

Whereas, on February 20, 2014, Defendant filed a Motion to Dismiss Plaintiffs Complaint (see Docket# 4);

Whereas, the hearing on Defendant's motion is set to occur on May 7, 2014, with Plaintiffs Opposition being due on April 23, 2014, and Defendant's Reply Brief being due on April 30, 2014;

Whereas, Plaintiff and Defendant are currently attempting to settle this matter and respectfully request a continuance of the May 7 hearing date for at least 30 days so as to allow the Parties sufficient time to finalize and formalize a settlement and to allow Plaintiff, acting in *pro per,* additional time to prepare an Opposition to Defendant's Motion to Dismiss (should one become necessary);

Whereas, there have been no previous time modifications in this matter to date; and

Plaintiff in *pro per* and counsel for Defendant so stipulate.

DATED: April 23, 2014                      STOEL RIVES LLP

By: /s/ Bryan L. Hawkins
THOMAS A. WOODS
BRYAN L. HAWKINS
Attorneys for Defendant
WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-1, BY AND THROUGH ITS AUTHORIZED SERVICING AGENT SELECT PORTFOLIO SERVICING, INC. (erroneously sued as "Select Portfolio Servicing aka Wells Fargo Bank")

Dated: April 22, 2014

/s/ *Raymond Sherwood* (as authorized on April 23, 2014) (original signature will be retained by attorney Bryan Hawkins
RAYMOND SHERWOOD
Plaintiff, in *pro per*

ORDER

Based on the stipulation of the Parties and pursuant to Civil Local Rule 230(f) and good cause appearing,

IT IS ORDERED that:

The May 7, 2014, hearing on Defendant's Motion To Dismiss is vacated and the hearing is reset to June 18, 2014. Opposition, if any, shall be filed no later than June 4, 2014.

Dated: April 25, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE